IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO WINFFEL,

       Plaintiff,                          No. CIV S-10-1002 EFB P

       vs.

POMAZAL, et al.,                      ORDER

       Defendants.

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On October 19, 2010, the court dismissed claims against defendant Pomazal with leave to amend within 30 days. Plaintiff has not filed amended claims against this defendant.

       Accordingly, IT IS HEREBY ORDERED that defendant Pomazal is dismissed from this action.

DATED: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE